■

649 A.2d 1280

IN THE MATTER OF THE ESTATE OF MICHAEL J. FLATLEY.

July 15, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

■

649 A.2d 1280

IN THE MATTER OF THE SEIZED FIREARM OF JOHN BOSWELL v. STATE OF NEW JERSEY.

July 15, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

■

649 A.2d 1280

STATE OF NEW JERSEY v. LEONARD R. JAFFEE.

July 15, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-

mined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

■

649 A.2d 1280

JAY H. KATZ, ET AL. v. NEW JERSEY SPORTS
AND EXPOSITION AUTHORITY, ET AL.

July 26, 1994.

ORDER

Leave to appeal is granted and the matter is summarily remanded to the trial court to reconsider the motion for summary judgment based on the new evidence presented by movants to this Court.

■

649 A.2d 1281

STATE OF NEW JERSEY v. HENRY RAMM.

September 9, 1994.

ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the merits on an accelerated basis; and it is further

ORDERED that the motion for a stay pending disposition of the appeal is granted.